**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: November 21, 2018**

**Docket Number: 17   00812-CW consolidated with 17   00809-CW & 17   00811-CW**

**KHRISTY GOINS RISMILLER, TUTRIX**
**FOR DANIEL EDWARDS GOINS**
**VERSUS**
**GEMINI INSURANCE COMPANY, ET AL.**
**\*\*\*consolidated with\*\*\***
**DAVID WATTS**
**VERSUS**
**MARK GORDON, ET AL.**
**\*\*\*consolidated with\*\*\***
**SHEILA SMITH**
**VERSUS**
**GEMINI INSURANCE COMPANY, ET AL.**
**\*\*\*consolidated with\*\*\***
**SUCCESSION OF RICHARD STEWART,**
**JR., ET AL.**
**VERSUS**
**MARK ISIAH GORDON, ET AL.**

**Writ Application from Concordia Parish Case No. 49,686 c/w 49,751 c/w, 49,741 c/w 49,832**

**BEFORE JUDGES:**

> Hon. Sylvia R. Cooks
> Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty
> Hon. John E. Conery
> Hon. D. Kent Savoie
> Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the "Application

for Rehearing En Banc" filed by **Khristy Goins Rismiller, Tutrix for Daniel Edwards**

**Goins** and **David Watts** has this day been

> **DENIED.**
> Conery, J., would grant the rehearing.
> Savoie, J., would grant the rehearing.

cc: Micah A. Gautreaux, Counsel for  the Respondent
    Andre Collins Gaudin, Counsel for the Applicant
    Michael Joey Bernard, Counsel for the Applicant
    Timothy William Hassinger, Counsel for the Applicant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Patrick J. Schepens, Counsel for the Applicant
Virgil Russell Purvis, Jr., Counsel for  the Respondent
J. Rock Palermo, III, Counsel for  the Respondent
Jeremy Z. Soso, Counsel for  the Respondent
Joe Meng, Counsel for  the Respondent
D. Blayne Honeycutt, Counsel for  the Respondent
Colt J. Fore, Counsel for  the Respondent
Charles Shelby Norris, Jr., Counsel for  the Respondent
Christopher J. Norris, Counsel for  the Respondent